|  |  |
|---|---|
| MARVIN HARRIS,<br><br>             Plaintiff,<br><br>   v.<br><br>FICHES, et al.,<br><br>             Defendant. | **Case No.: 1:22-cv-00715 JLT BAK (SKO) (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>**(Doc. 9)** |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Marvin Harris, a state prisoner, is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*, finding Plaintiff had accrued more than three "strikes" pursuant to 28 U.S.C. § 1915 and had failed to establish the imminent danger exception, and recommending dismissal of the action without prejudice. (Doc. 9.) Plaintiff was provided 14 days within which to file any objections. (*Id*. at 3.) More than 14 days have passed, and Plaintiff has not filed objections.

//

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 17, 2022 (Doc. 9) are **ADOPTED IN FULL**.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED.**
3. This action is **DISMISSED** without prejudice to refiling upon prepayment of the filing fee.
4. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **July 11, 2022**

UNITED STATES DISTRICT JUDGE

2